Timothy L. Woznick – WY Bar # 6-3949
Crowley Fleck PLLP
P.O. Box 394
Cheyenne, WY  82003
Telephone: (307) 426-4100
Twoznick@crowleyfleck.com
*Attorneys for FirsTier Bank, a Nebraska Bank*

# UNITED STATES DISTRICT COURT

# DISTRICT OF WYOMING

| | | |
|---|---|---|
| FIRSTIER BANK, a Nebraska bank | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:24-CV-200 |
| v. | ) | |
| | ) | |
| JASON SMITH, an individual and | ) | |
| ROGER SMITH, an individual, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

The Plaintiff, FirsTier Bank ("Plaintiff"), by and through its attorneys, Crowley Fleck PLLP , for its Complaint against Defendants Jason Smith, an individual, and Roger Smith, an individual, states as follows:

## PARTIES

1.      Plaintiff, FirsTier Bank ("Plaintiff" and/or "Lender"), is a Nebraska bank authorized to do, and doing business in Wyoming.

2.      Defendant Jason Smith ("J. Smith") is an individual with an address of 431 Greensburg Pike, West Newton, PA 15089-2006.

3.      Defendant Roger Smith ("R. Smith" and, together with J. Smith, "Guarantors") is an individual with an address of 59 Cinderella Road, Monongahela, PA 15063-3403.

**JURISDICTION AND VENUE**

4.     There is complete diversity of citizenship between Plaintiff and Defendants, and the amount in controversy is in excess of $75,000. Therefore, this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a).

5.     Venue is proper in the United States District Court for the District of Wyoming pursuant to 28 U.S.C. § 1391(b)(2), as a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in Wyoming.

**GENERAL ALLEGATIONS**

**A.     The Loan:**

6.     On or about October 25, 2019, J. Smith, as Treasurer of REBS, Inc., a Wyoming corporation ("REBS" and/or "Borrower), and R. Smith, as President of  REBS, executed and delivered to Lender a certain *Business Loan Agreement* ("Loan Agreement") and *Promissory Note* ("Note"), evidencing a loan in the principal amount of $875,000.00 (the "Loan") by the Lender to Borrower. True and correct copies of the Loan Agreement and Note are attached hereto as **Exhibit 1** and **Exhibit 2**, and are incorporated herein by this reference.

**B.     The Guaranty:**

7.     In connection with, and as additional security for the Loan, Defendants J. Smith and R. Smith each executed and delivered to Lender a *Commercial Guaranty* (collectively the "Guaranties" and each a "Guaranty") in which they personally guaranteed repayment of the Loan. A true and correct copy of the Guaranties are attached hereto as **Exhibit 3**. The Loan Agreement, Note and Guaranties are collectively referred to herein as the "Loan Documents."

**C.     The Default and acceleration of the Debt:**

8.   Borrower failed to make payments on the Loan and under the Note and Loan Agreement when due on or about March 25, 2024, which constitutes a default or an Event of Default under the Loan Documents.

9.   Pursuant to the Note, "[u]pon default, Lender may declare the entire unpaid principal balance under this Note and all accrued unpaid interest immediately due, and then Borrower will pay that amount."

10.  Additionally, under the Loan Agreement, "[i]f any Event of Default shall occur, except where otherwise provided in this Agreement or the Related Documents, all commitments and obligations of Lender under this Agreement or the Related Documents or any other agreement immediately terminate (including any obligation to make further Loan Advances or disbursements) and, at Lender's option, all indebtedness immediately will become due and payable, all without notice of any kind to Borrower, except that in the case of an Event of Default of the type described in the 'Insolvency' subsection above, such acceleration shall be automatic and not optional."

11.  On May 15, 2024, Lender sent Borrower a written notice, at its address of 431 Greensburg Pike, West Newton, PA 15089-2006, seeking payment of past-due amounts and late charges due ("Past Due Notice"). A true and correct copy of the Past Due Notice is attached hereto as **Exhibit 4**.

12.  Borrower and Guarantors failed to respond to Past Due Notice and other attempted contact from the Lender with respect to the default in payment or make any payment towards the same.

13.  Pursuant to the terms of the Loan Documents, Lender therefore elected to accelerate the entire indebtedness due to Borrower's default.

14.    As of September 9, 2024, and pursuant to the acceleration, the principal balance of $813,802.81 was due and payable, exclusive of accrued interest, default interest, late fees and charges, attorneys' fees and costs, and any other amounts due under the Loan Documents.

## FIRST CLAIM FOR RELIEF
### (Breach of Guaranty)

15.    Plaintiff re-alleges and incorporates herein by reference the foregoing paragraphs.

16.    Defendant J. Smith has breached his Guaranty by failing to pay the outstanding debt of the Borrower upon default.

17.    Defendant Roger Smith has breached his Guaranty by failing to pay the outstanding debt of the Borrower upon default.

18.    As a direct and proximate result of Defendants' breach, Plaintiff has suffered damages in the amount of $813,802.81, exclusive of accrued interest, default interest, late fees and charges, attorneys' fees and costs, and any other amounts due under the Loan Documents.

**WHEREFORE**, Plaintiff respectfully requests entry of a judgment in its favor and against Defendants J. Smith and R. Smith, jointly and severally, and award it all damages and relief allowed under applicable law, including, without limitation principal in the amount of $813,802.81, accrued interest, default interest, late fees and charges, attorneys' fees and costs, and any other amounts due under the Loan Documents. Plaintiff further requests that the money judgment awarded to it in this matter bear interest in accordance with Wyo. Stat. § 1-16-102 and that this Court award any further relief this Court deems just and proper under the circumstances.

DATED this 7th day of October, 2024.

Respectfully submitted,

**FIRSTIER BANK, a Nebraska Bank**

*/s/ Timothy L. Woznick*
Timothy L. Woznick – WY Bar # 6-3949
Crowley Fleck PLLP
P.O. Box 394
Cheyenne, WY  82003
Telephone: (307) 426-4100
Twoznick@crowleyfleck.com
*Attorneys for Plaintiff, FirsTier Bank, a Nebraska Bank*